**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **3:19-CR-009-K** |
| **JERRY LEE FARISH,** | § | **E.C.F.** |
| **Defendant.** | § | |

## ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

Upon consideration of Defendant's Unopposed Motion for Continuance of Trial and Pretrial Deadlines, said Motion is GRANTED this _____ day of _____, 2020.


_____
HONORABLE ED KINKEADE
UNITED STATES DISTRICT JUDGE

1